IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| R.J., a Minor, by and through his putative Guardian Ad Litem, WILLIE D. HAMILTON,<br><br>    Plaintiff,<br><br>  v.<br><br>SHERIFF GREGORY J. AHERN, and DOES 1-100, individually, and in their official capacities,<br><br>    Defendants. | No. C 12-02566 RS<br><br>**ORDER ON APPLICATION TO PROCEED** *IN FORMA PAUPERIS* |

    Plaintiff's application to proceed without paying the filing fee is GRANTED subject to the following condition: <u>plaintiff must file an amended application to proceed *in forma pauperis* with the Court by July 19, 2012</u>, detailing the financial status of the minor R.J., rather than his putative guardian, Willie D. Hamilton. The petition for appointment as Guardian Ad Litem, also pending before the Court, will be resolved at a later date.

    IT IS SO ORDERED.

Dated: 6/20/12

    RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE