**United States District Court**
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                          SAN FRANCISCO DIVISION
8

9  | R.J., a Minor, by and through his putative | No. C 12-02566 RS
   | Guardian Ad Litem, WILLIE D.
10 | HAMILTON,
11 |          Plaintiff,                         | **ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS***
12 |     v.
13 | SHERIFF GREGORY J. AHERN, and
   | DOES 1-100, individually, and in their
14 | official capacities,
15 |          Defendants.
16 | _____/

17        Plaintiff's application to proceed without paying the filing fee is GRANTED subject to the

18 following condition: <u>plaintiff must file an amended application to proceed *in forma pauperis* with

the Court by July 19, 2012</u>, detailing the financial status of the minor R.J., rather than his putative

19 guardian, Willie D. Hamilton.  The petition for appointment as Guardian Ad Litem, also pending

20 before the Court, will be resolved at a later date.

21
22        IT IS SO ORDERED.
23
24
25 Dated:  6/20/12                                _____
                                                  RICHARD SEEBORG
26                                                UNITED STATES DISTRICT JUDGE
27
28

No. C 12-02566 RS
ORDER