IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| R.J., a Minor, by and through his putative Guardian Ad Litem, WILLIE D. HAMILTON,<br><br>    Plaintiff,<br><br>  v.<br><br>SHERIFF GREGORY J. AHERN, and DOES 1-100, individually, and in their official capacities,<br><br>    Defendants. | No. C 12-02566 RS<br><br>**ORDER OF DISMISSAL** |

Plaintiff's application to proceed *in forma pauperis* was previously rescinded because the affidavit supporting the request to proceed without paying the $350 filing fee detailed the assets of plaintiff's putative guardian, Willie D. Hamilton, rather than minor R.J., the true plaintiff. On July 19, 2012, plaintiff missed the deadline for filing an amended affidavit. This Court then required plaintiff either to file the affidavit or pay the filing fee by August 28, 2012. Plaintiff has done neither, and accordingly, the case is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: 8/31/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-02566 RS
ORDER